# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| STEVEN W. GOLD | 600 THIRD AVENUE | *SENIOR COUNSEL* |
| STEVEN G. MINTZ* | 25TH FLOOR | JACK A. HORN |
| ALAN KATZ | NEW YORK, NEW YORK 10016 | NOREEN E. COSGROVE |
| JEFFREY D. POLLACK* | | TIMOTHY J. QUILL, JR. |
| ELLIOT G. SAGOR | | JULIA B. MILNE |
| IRA LEE SORKIN | | |
| LON JACOBS | TELEPHONE (212) 696-4848 | |
| STEVEN A. SAMIDE | FACSIMILE (212) 696-1231 | *OF COUNSEL* |
| SCOTT A. KLEIN | | HONORABLE VITO J. TITONE *(dec.)* |
| TERENCE W. McCORMICK*** | www.mintzandgold.com | (NY State Court of Appeals 1985-1998) |
| ROBERT B. LACHENAUER | | HARVEY J. HOROWITZ *(dec.)* |
| ROGER L. STAVIS | | HONORABLE HOWARD MILLER |
| CHARLES A. ROSS** | | (NY Appellate Div. 1999-2010 [ret.]) |
| KEVIN W. GOERING | | AMIT SONDHI* |
| RICHARD M. BRESLOW | | ERIC M. KUTNER |
| BARRY M. KAZAN* | | MARC B. SCHLESINGER* |
| KEVIN M. BROWN | | NEAL M. GOLDMAN |
| ALEXANDER H. GARDNER | | ANDREW P. NAPOLITANO* |
| HEATH LORING | | |
| PETER GUIRGUIS | | |
| ANDREW R. GOTTESMAN | | *Admitted to Practice Only Before all |
| MATTHEW S. SEMINARA | | Courts in New Jersey and all Federal Courts |
| RYAN W. LAWLER* | | in New York City |
| ADAM K. BRODY | | |
| MARIA EVA GARCIA* | | *Also Admitted in New Jersey |
| GABRIEL ALTMAN | | **Also Admitted in Florida |
| ANDREW E. STECKLER | July 1, 2021 | ***Also Admitted in California |
| ALEX J. OTCHY* | | |
| CECE M. COLE | | |

**VIA EMAIL (: Seybert_chambers@nyed.uscourts.gov)**

Honorable Joanna Seybert
United States District Judge for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

     Re:    *United States v. Robert Gilbert,* 1:17-cr-00372-JS

Dear Judge Seybert:

     We are counsel to defendant Robert Gilbert in the above-captioned case. Mr. Gilbert is out on bail and is permitted to travel to visit with me, to attend court appearances as directed by the court and to meet with representatives of the government.

     As far as we are aware, Mr. Gilbert has fully complied with his bail restrictions. The purpose of this letter is to respectfully request that he be permitted to travel from July 29, 2021 through August 1, 2021 to visit Nantucket, Massachusetts for the weekend. He will be staying at the Hotel Pippa.

     Attached hereto is a Proposed Order.

     The government has no objection to the travel.

Respectfully submitted,

Ira Lee Sorkin /HP

Ira Lee Sorkin

Cc:

AUSA Whitman Knapp
Whitman.Knapp@usdoj.gov

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v <br><br> ROBERT GILBERT, <br><br> Defendant. | Case No. 1:17-cr-00372-JS-AKT |

## ORDER

WHEREAS, counsel for defendant Robert Gilbert has requested by letter that Mr. Gilbert be permitted to travel to Nantucket, MA on July 29, 2021 through August 1, 2021.

WHEREAS, the government as no objection to the travel. Therefore,

IT IS HEREBY ORDERED that Mr. Gilbert is permitted to travel from July 29, 2021 and return home on August 1, 2021

IT IS FURTHER ORDRERED that Mr. Gilbert advise pre-trial services of his Order.

_____                                   _____
Date                                                                              HON. JOANNA SEYBERT