# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
LON JACOBS
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK***
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
KEVIN W. GOERING
RICHARD M. BRESLOW
BARRY M. KAZAN*
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
ANDREW R. GOTTESMAN
MATTHEW S. SEMINARA
RYAN W. LAWLER*
ADAM K. BRODY
MARIA EVA GARCIA*
GABRIEL ALTMAN
ANDREW E. STECKLER
ALEX J. OTCHY*
CECE M. COLE

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

SENIOR COUNSEL
JACK A. HORN
NOREEN E. COSGROVE
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

OF COUNSEL
HONORABLE VITO J. TITONE (dec.)
  (NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ (dec.)
HONORABLE HOWARD MILLER
  (NY Appellate Div. 1999-2010 [ret.])
AMIT SONDHI*
ERIC M. KUTNER
MARC B. SCHLESINGER*
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO°

°ADMITTED TO PRACTICE ONLY BEFORE ALL
  COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
  IN NEW YORK CITY

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA
***ALSO ADMITTED IN CALIFORNIA

October 4, 2021

**VIA EMAIL (AMPARO_ANDERSONN@NJD.USCOURTS.GOV)**

Honorable Joanna Seybert
United States District Judge for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  *United States v. Robert Gibert,* 1:17-cr-00372-JS

Dear Judge Seybert:

      We are counsel to defendant Robert Gilbert in the above-captioned case. Mr. Gilbert is out on bail and is permitted to travel to visit with me, to attend court appearances as directed by the court and to meet with representatives of the government.

      As far as we are aware, Mr. Gilbert has fully complied with his bail restrictions. The purpose of this letter is to respectfully request that he be permitted to travel from October 22, 2021 through October 24, 2021 to visit Syracuse, New York in the Northern District of New York to visit his son who is attending Syracuse University.

      Attached hereto is a Proposed Order.

      The government has no objection to the travel.

Judge Seybert
June 30, 2021
Page 2 of 2

Respectfully submitted,

Ira Lee Sorkin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

Case No. 1:17-CR-003720-JS-GRB

-against-

ROBERT GILBERT

Defendant.
-----------------------------------------------------------------X

## ORDER

WHEREAS, counsel for defendant Robert Gilbert has requested by letter that Mr. Gilbert be permitted to travel to Syracuse, NY to visit his son who is attending Syracuse University on October 22nd through October 24th.

WHEREAS, the government has no objection to the travel. Therefore,

IT IS HEREBY ORDERED that Mr. Gilbert is permitted to travel from October 22, 2021 and return home on October 24, 2021.

IT IS FURTHER ORDERED that Mr. Gilbert advise pre-trial services of this order.

_____                                                                 _____
Date                                                                                              HON. JOANNA SEYBERT