

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

KTF
F. #2018R00805

*271 Cadman Plaza East
Brooklyn, New York 11201*

April 29, 2022

BY ECF

The Honorable Joanna Seybert
United States District Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11722

        Re:    United States v. Anthony Vassallo
                 Criminal Docket No. 17-372 (S-1) (JS)

Dear Judge Seybert:

      The government respectfully requests a brief adjournment from Friday, April 29, 2022 until Monday, May 2, 2022 to file its sentencing letter for Robert Gilbert. This is the first such request and is made in order for the government to complete its response to the defendant's April 19, 2022 submission regarding restitution. The defense consents to this request.

                                  Respectfully submitted,

                                  BREON PEACE
                                  United States Attorney

                   By:          /s/
                                 Whitman G.S. Knapp
                                 Kaitlin T. Farrell
                                 Assistant U.S. Attorneys
                                 (718) 254-6107/6072

c.c.:    Clerk of the Court (JS) (by ECF)
        Ira Lee Sorkin, Esq. (by ECF)
        U.S. Probation Officer Steven Guttman (by Email)