

U.S. Department of Justice

United States Attorney
Eastern District of New York

BGK:TRP
F. #2016R01805

271 Cadman Plaza East
Brooklyn, New York 11201

May 5, 2022

By ECF
The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

        Re:   United States v. Robert Gilbert
               Criminal Docket No. 17-372 (JS)

Dear Judge Seybert:

      Enclosed please find a proposed Final Order of Forfeiture as to the defendant Robert Gilbert in the above-referenced case. The government respectfully requests that the Court "so order" the Final Order of Forfeiture in accordance with Fed. R. Crim. P. 32.2 (b)(4)(A) and (B), that it be orally pronounced as part of the Court's sentencing of the defendant, and attached to the Judgment of Conviction.

      Thank you for Your Honor's consideration of this request.

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                    By:    /s/ Tanisha R. Payne
                           Tanisha R. Payne
                           Assistant U.S. Attorney
                           718-254-6358

Encl.:  Final Order of Forfeiture
cc:     Counsel of Record (by ECF)