BGK:TRP
F. #2016R01805

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 06 2022 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ROBERT GILBERT,

                Defendant.

- - - - - - - - - - - - - - - - X

FINAL ORDER OF FORFEITURE

17-CR-372 (JS)

WHEREAS, on or about April 25, 2018, Robert Gilbert (the "defendant"), entered a plea of guilty to the offenses charged in Counts One and Two of the above-captioned Indictment, charging violations of 18 U.S.C. §§ 371 and 1349;

WHEREAS, on December 10, 2019, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of seventy-five thousand seven hundred ninety-six dollars and zero cents ($75,796.00) (the "Forfeiture Money Judgment"), in addition to finding that all right, title and interest in:

    a.    The real property and premises located at 3475 Clark Road, Unit 173, Sarasota, Florida 34231, and all proceeds traceable thereto;

    b.    The real property and premises located at 3477 Clark Road, Unit 175, Sarasota, Florida 34231, and all proceeds traceable thereto;

    c.    Approximately twenty-two thousand seven hundred eighty-nine dollars and thirty-one cents in United States currency ($22,789.31) seized from TD Bank account number XXXXXX-1791, held in the name of BCBall, Inc., and all proceeds traceable thereto;

    d.    Approximately nine hundred one thousand two hundred fourteen dollars and ninety-nine cents in United States currency ($901,214.99) seized from TD Bank account number XXXXXX-4027, held in the name of Big Little Consulting, Inc., and all proceeds traceable thereto;

    e.    Approximately one thousand three hundred sixty eight dollars and seventy-one cents in United States currency ($1,368.71) seized from TD Bank account number XXXXXX-9792, held in the name of Dennis J. Verderosa, and all proceeds traceable thereto;

    f.    Approximately two thousand five hundred forty-three dollars and seventy-two cents in United States currency ($2,543.72) seized from TD Bank account number XXXXXX-9929, held in the name of Ewer Enterprises Inc., and all proceeds traceable thereto;

    g.    Approximately one thousand seven hundred eleven dollars and seventy cents in United States currency ($1,711.70) seized from TD Bank account number XXXXXX-4142, held in the name of Trade Masters Consulting, Inc., and all proceeds traceable thereto;

    h.    Approximately sixty-eight thousand six hundred forty-six dollars and sixty-one cents in United States currency ($68,646.61) seized from Wells Fargo Bank account number XXXXXX-7317, held in the name of Marketbyte LLC, and all proceeds traceable thereto;

    i.    Approximately three thousand three hundred one dollars and fifty-six cents in United States currency ($3,301.56) seized from Wells Fargo Bank account number XXXXXX-5050, held in the name of Type A Partners, and all proceeds traceable thereto ("Wells Fargo 5050 Account");

j.  Approximately two thousand two hundred sixteen dollars and forty-nine cents in United States currency ($2,216.49) seized from Wells Fargo Bank account number XXXXXX-7243, held in the name of Lawrence D. Isen and Christine L. Isen, and all proceeds traceable thereto;

k.  Approximately six hundred ninety-two dollars and zero cents in United States currency ($692.00) seized from JP Morgan Chase Bank account number XXXXXX-0934, held in the name of Herman J. Matz and Maria U. Matz, and all proceeds traceable thereto;

l.  Approximately twenty-seven thousand nine hundred forty-two dollars and thirty-seven cents in United States currency ($27,942.37) seized from JP Morgan Chase Bank account number XXXXXX-1899, held in the name of DJV Enterprises, and all proceeds traceable thereto;

m.  Approximately four hundred twenty-seven dollars and zero cents in United States currency ($427.00) seized from Citibank account number XXXXXX-4701, held in the name of Joseph Matz, and all proceeds traceable thereto; and

n.  Approximately twenty-one thousand one hundred fifty-five dollars and sixteen cents ($21,155.16) seized from Bank of America account number XXXXXX-7752, held in the name of Mystreetresearch.com Inc., and all proceeds traceable thereto;

(items (a) through (n), collectively, hereinafter, the "Subject Assets") are forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) as property, real or personal, constituting, or derived from, proceeds traceable to the defendant's violation of 18 U.S.C. §§ 371 and 1349, and/or as substitute assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning September 17, 2019 through and including October 19, 2019 (ECF No. 596); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Subject Assets and any payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Assets and any and all other payments towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order, and the Final Order of Forfeiture shall be made part of the defendant's sentencing and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail four (4) certified copies of this executed Final Order of Forfeiture to the United States

Attorney's Office, Eastern District of New York, Attn: Prominds Paralegal Yvette Ramos, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated: Central Islip, New York
       May 6, 2022

                       SO ORDERED:

                       HONORABLE JOANNA SEYBERT
                       UNITED STATES DISTRICT JUDGE
                       EASTERN DISTRICT OF NEW YORK